December 14, 1976.

M. P. No. 76-452. GERALD BAKER *et al.* v. WILLIAM E. LAURIE, JR. To afford the parties an opportunity to brief fully the issues involved, the petitioners' motion for stay of extradition pending issuance of habeas corpus is granted until Friday, December 17, 1976 at 2:00 p.m. The briefs are to be filed on or before Thursday, December 16, 1976 at 2:00 p.m. In the meantime, the petitioners will continue to be held without bail pending further order of this Court. *Paul J. Di Maio, Harris*

*L. Berson,* for petitioners. *Julius C. Michaelson,* Attorney General, for respondent.